UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
LEONARDO SOCARRAS

CASE NO. 10-19604-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK



NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 874.32 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: AUG 31 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LEONARDO SOCARRAS  
2353 HAMLET CIRCLE  
LAKELAND, FL 33810

RICHARD ADAMS, ESQ.  
ADAMS & ASSOCIATES, PA  
1165 W 49 ST, SUITE 107  
HIALEAH, FL 33012

PPTS 1 LLC  
C/O PLYMOUTH PARK TAX SVCS LLC  
115 S JEFFERSON RD, BLDG D-1  
WHIPPANY, NJ 07981

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.   10-19604-BKC-AJC
LEONARDO SOCARRAS

CHAPTER 13

LEONARDO SOCARRAS

2353 HAMLET CIRCLE
LAKELAND, FL 33810

RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

PPTS 1 LLC                              ---------$        874.32
C/O PLYMOUTH PARK TAX SVCS LLC                    Refused
115 S JEFFERSON RD, BLDG D-1                      Claim Register 14
WHIPPANY, NJ 07981

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130